UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARLA S. LITAKER,<br><br>    Plaintiff,<br><br> v.<br><br>QWEST CORPORATION,<br><br>    Defendant. | No. C04-2069P<br><br>ORDER OF DISMISSAL |

  A review of Court records indicates that an order of dismissal in this case has not been entered, despite the fact that the parties notified the Court of the settlement of this case shortly after the Court denied Defendant's motion for summary judgment on October 19, 2005. Therefore, in light of the settlement reached by the parties and in order to close this case,

  IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

  Dated: September 19, 2006

                s/Marsha J. Pechman
                Marsha J. Pechman
                United States District Judge

ORDER - 1